■ In the Matter of JA'VAUGHN KIAYMONIE S., a Child Alleged to be Neglected. NATHANIEL S., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [44 NYS3d 400]—

Order of fact-finding, Family Court, New York County (Clark V. Richardson, J.), entered on or about May 19, 2015, which

determined, after a hearing, that respondent father had neglected the subject child, unanimously affirmed, without costs.

Although Family Court should have stated the grounds for its determination (*see* Family Ct Act § 1051), there is no need to dismiss the petition, because this Court has the authority to state the grounds (*see Matter of Poli K.*, 34 AD3d 354, 355 [1st Dept 2006], *lv denied* 8 NY3d 809 [2007]).

Family Court's determination was supported by a preponderance of the evidence showing that the father had neglected the child because he knew or should have known that respondent mother was abusing narcotics while she was pregnant with the child, but failed to take any steps to stop her drug use (*see* Family Ct Act §§ 1046 [b] [i]; 1012 [f] [i] [B]; *Matter of Ashante M.*, 19 AD3d 249, 249 [1st Dept 2005]; *Matter of Niviya K. [Alfonzo M.]*, 89 AD3d 1027, 1028 [2d Dept 2011]).

We have considered the father's remaining contentions and find them unavailing. Concur—Saxe, J.P., Moskowitz, Gische, Kahn and Gesmer, JJ.